IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| THERESA E. WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:20CV631-REP |
| | ) | |
| TRUIST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Theresa E. Willis and Defendant Truist Bank hereby stipulate that they have resolved this matter and that this action be dismissed WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED.

Dated:  October 23, 2020

Respectfully submitted,

**THERESA E. WILLIS**

By:  */s/ Scott Gregory Crowley*

Scott Gregory Crowley (Va. State Bar 31216)
Crowley & Crowley, P.C.
4870 Sadler Road, Suite 300
Glen Allen, VA 23060
(804) 205-5010
(804) 205-5001 (Facsimile)
scrowley@crowleyandcrowley.com

*Counsel for Plaintiff*

**TRUIST BANK**

By: ___/s/ *Summer L. Speight (with permission)*___

Summer L. Speight (Va. State Bar 80957)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1839
(804) 698-2128 (Facsimile)
sspeight@mcguirewoods.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification to the following:

    Summer L. Speight (Va. State Bar 80957)
    McGuireWoods LLP
    Gateway Plaza
    800 East Canal Street
    Richmond, Virginia  23219
    (804) 775-1839
    (804) 698-2128 (Facsimile)
    sspeight@mcguirewoods.com

    *Counsel for Defendant*

                                                */s/ Scott Gregory Crowley*
                                  Scott Gregory Crowley (Va. State Bar 31216)
                                  Crowley & Crowley, P.C.
                                  4870 Sadler Road, Suite 300
                                  Glen Allen, VA 23060
                                  (804) 205-5010
                                  (804) 205-5001 (Facsimile)
                                  scrowley@crowleyandcrowley.com

                                  *Counsel for Plaintiff*